UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Randy S. Campney, Sr.

    v.                                    Case No. 06-fp-297

Bare Hill Correctional Facility, Superintendent


O R D E R

    Petitioner's Motion to Proceed In Forma Pauperis (document no. 2) is granted.

    This file has been assigned civil number 06-cv-297-JD.


**SO ORDERED.**

                                    _____
                                 James R. Muirhead
                            United States Magistrate Judge


Date: August 28, 2006

cc:  Randy S. Campney, Sr., *pro se*