UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Randy S. Campney, Sr.</u>

    v.                                      Case No. 06-fp-297

<u>Bare Hill Correctional Facility, Superintendent</u>


<u>**O R D E R**</u>

Petitioner's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (document no. 2) is granted.

This file has been assigned civil number 06-cv-297-JD.


**SO ORDERED.**

                                              /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge


Date: August 28, 2006

cc:    Randy S. Campney, Sr., *pro se*