UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randy S. Campney, Sr.

    v.                                Civil No. 06-cv-297-JD

Bare Hill Correctional Facility,
Superintendent

### **O R D E R**

The stay in this case is lifted and preliminary review will commence.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: March 29, 2007

cc:    Randy S. Campney, Sr., pro se