**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Randy S. Campney, Sr.</u>

    v.                                      Civil No. 06-cv-297-JD

<u>Superintendent, Bare Hill</u>
<u>Correctional Facility</u>

**<u>O R D E R</u>**

On April 18, 2007, this Court ordered the petition for a writ of habeas corpus, filed by petitioner Randy S. Campney pursuant to 28 U.S.C. § 2254, served upon the respondents as to Grounds 3, 4(e), 5-9 and 11 (document nos. 1, 7-9).  <u>See</u> Habeas Rule 4.  In light of the voluminous supporting documents filed by Campney, service of document no. 9 shall include only those documents electronically docketed.

    **SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: April 27, 2007

cc:   Randy S. Campney, Sr., pro se