UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randy S. Campney, Sr.</u>

v.  Civil No. 06-cv-297-JD

<u>Bare Hill Correctional Facility, Superintendent</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 18, 2007, no objection having been filed.

SO ORDERED.


May 18, 2007                               <u>/s/ Joseph A. DiClerico, Jr.</u>
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge


cc:   Randy S. Campney, Sr., pro se
      Stephen Fuller, Esq.