**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Randy S. Campney, Sr.

    v.                                                      Civil No. 06-cv-297-JD

Superintendent, Bare Hill
Correctional Facility

## **O R D E R**

Petitioner seeks orders of contempt against three recipients of subpoenas from this court. Two recipients are in Albany, New York, 148 miles from this courthouse and one is in Waterbury, Vermont, 126 miles from the courthouse. Subpoenas calling for production of documents at this courthouse are not valid outside New Hampshire if the place of purported service is more than 100 miles away.

Subpoenas calling for document production at petitioner's place of incarceration would have to be obtained from the federal district court for the district where the prison is located for New York residents and would only be valid for a Vermont resident if the site of production is within 100 miles of service.

Petitioner's efforts to have the documents produced at the jail cannot be accomplished by subpoenas from this court.

The motions (Document nos. 32, 33 and 34) are denied.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date:  November 2, 2007

cc:  Randy S. Campney, Sr., pro se
     Stephen D. Fuller, Esq.