**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Randy S. Campney, Sr.</u>

    v.                                    Civil No. 06-cv-297-JD

<u>Bare Hill Correctional
Facility, Superintendent</u>

## REPORT AND RECOMMENDATION

Petitioner seeks injunctive relief (Document No. 46) against the Bare Hill Superintendent and the New Hampshire Attorney General requiring them to assure that transport officers transferring him to New Hampshire deliver his legal materials to the New Hampshire State Prison for his use.

The non-transport of documents has been a problem with several New Hampshire prisoners in the past. Apparently, defense counsel, remembering another case in which Judge DiClerico ordered the New Hampshire Prison to retrieve documents, has chosen not to object to this motion. In the absence of an objection, I recommend that the State of New Hampshire and defense counsel be ordered to assure that in any transfer of Campney, his legal papers be delivered to him at the state's cost.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: December 19, 2007

cc:  Randy S. Campney, Sr., pro se
     Stephen D. Fuller, Esq.