UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randy S. Campney, Sr.</u>

        v.                                       Civil No. 06-cv-297-JD

<u>Bare Hill Correctional Facility, Superintendent</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 19, 2007, Document #53, no objection having been filed.

SO ORDERED.

January 15, 2008                             <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

cc:    Randy S. Campney, Sr., pro se
        Stephen D. Fuller, Esq.