UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Randy S. Campney, Sr.</u>

        v.                         Civil No. 06-cv-297-JD

<u>Bare Hill Correctional Facility, Superintendent</u>


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 19, 2007, Document #54, no objection having been filed.

SO ORDERED.


January 15, 2008                       <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge


cc:     Randy S. Campney, Sr., pro se
        Stephen D. Fuller, Esq.