## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Randy S. Campney, Sr.</u>

    v.                                                            Civil No. 06-cv-297-JD

<u>Bare Hill Correctional Facility,</u>
<u>Superintendent</u>

### Report and Recommendation

The order of 2007 directed New Hampshire authorities to assure that petitioner's legal work was transported to the New Hampshire State Prison from the Bare Hill Correction Facility. It was not an ongoing "TRO". Campney has not served his motion on defense counsel and clearly has not exhausted administrative remedies.  I recommend that the motion be denied for failure to comply with Fed. R. Civ. P. 5.

If this Report and Recommendation is approved, the claims as identified herein will be considered for all purposes to be the claims raised in the complaint.  If the plaintiff disagrees with the identification of the claims herein, he must do so by objection filed within ten (10) days of receipt of this Report and Recommendation, or he must properly move to amend the complaint.

Any objections to this Report and Recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

_____
James R. Muirhead
United States Magistrate Judge


Date:   October 21, 2008

cc:     Randy S. Campney, Sr.
        Stephen D. Fuller, Esq.
        Susan P. McGinnis, Esq.