UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Randy S. Campney, Sr.</u>

        v.                Civil No. 06-cv-297-JD

<u>Bare Hill Correctional Facility, Superintendent</u>


O R D E R


    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 21, 2008, no objection having been filed.

    SO ORDERED.



November 10, 2008                <u>/s/ Joseph A. DiClerico, Jr.</u>
                                       Joseph A. DiClerico, Jr.
                                       United States District Judge


cc:    Stephen Fuller, Esq.
       Randy S. Campney, Sr., pro se
       Susan McGinnis, Esq.