```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>Randy S. Campney</u>

    v.                                    Civil No. 06-cv-297-JD

<u>Superintendent, Bare Hill</u>
<u>Correctional Facility</u>

                      <u>Procedural Order</u>

On August 26, 2008, the court denied the Superintendent's motion for summary judgment without prejudice, because the question of procedural default could not be resolved while Randy Campney's motion for a new trial was pending in state court.  The Superintendent has filed a status report that Campney's motion for a new trial was denied by the Grafton County Superior Court on November 3, 2008, along with a copy of the decision.

Campney shall file a status report in this case, **on or before December 10, 2008,** providing notice as to whether he filed an appeal from the November 3, 2008, decision of the Grafton County Superior Court.

SO ORDERED.

                                       /s/ Joseph A. DiClerico, Jr.
                                       Joseph A. DiClerico, Jr.
                                       United States District Judge

November 17, 2008

cc:  Randy S. Campney, Sr., pro se
     Stephen D. Fuller, Esquire
     Susan P. McGinnis, Esquire