UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Randy S. Campney, Sr.

      v.                              Civil No. 06-cv-297-JD

Bare Hill Correctional Facility, Superintendent


O R D E R

On November 17, 2008, the Court ordered Mr. Campney to advise the Court by December 10, 2008 whether or not he was going to appeal the Grafton County Superior Court decision denying his Motion for a New Trial. On November 24, 2008, Mr. Campney advised the Court that he had filed a Notice of Discretionary Appeal with the New Hampshire Supreme Court.

It is herewith ordered that Mr. Campney file a status report as to the status of his appeal on or before September 15, 2009 and on the 15th of each month thereafter until the appeal has concluded.

SO ORDERED.


August  18, 2009                                          */s/ Joseph A. DiClerico, Jr.*
                                                                 Joseph A. DiClerico, Jr.
                                                                  United States District Judge


cc:    Randy S. Campney, Sr., pro se
        Stephen Fuller, Esq.
        Susan McGinnis, Esq.