UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randy Campney

    v.                                        Civil No. 06-cv-297-JD

Superintendent, Bare Hill
Correctional Facility

O R D E R

    The respondent mistakenly filed a supplemental memorandum in support of summary judgment, rather than a motion for summary judgment, but docketed the filing as a "motion for summary judgment," (document no. 79). The court ordered the respondent to file a motion for summary judgment to replace the supplemental memorandum, which was done on December 22, 2009, as document no. 81. The first filing, document no. 79, however, remained pending, docketed as a motion.

Conclusion

    For the foregoing reasons, the "motion for summary judgment," document no. 79, is terminated.

    SO ORDERED.

                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

February 10, 2010

cc:  Randy S. Campney, Sr., #76866, pro se
     Stephen D. Fuller, Esquire
     Susan P. McGinnis, Esquire
     Elizabeth C. Woodcock, Esquire